IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02763-LTB

DANIEL PINO,

    Plaintiff,

v.

CDOC ADMINISTRATIVE REGULATIONS 300-26; 850-06,
    AMENDMENTS (Sexually Explicit Materials), and
TOM CLEMENTS, Exec. Director (Corporate),

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 22, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 22 day of January, 2013.

    FOR THE COURT,

    GREGORY C. LANGHAM, Clerk

    By: s/ S. Grimm
        Deputy Clerk